AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| LAWSON B. WATSON | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

*Lawson B. Watson* 9-23-2025
_____
*Defendant's signature*

_____ 9/23/25
*Signature of defendant's attorney*

BEATTIE B. ASHMORE, ESQ.
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*